JEFFREY W. KRAMER (SBN 71547)
Email: jkramer@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Plaintiffs
Broadcast Music, Inc.; MJ Publishing Trust d/b/a
MIJAC Music; Taradam Music, Inc.; Warner-
Tamerlane Publishing Corp.; Gibb Brothers Music;
Crompton Songs; Sa-Vette Music;
Unichappell Music, Inc.; Sony/ATV Songs LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; TARADAM MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP.; GIBB BROTHERS MUSIC; CROMPTON SONGS; SA-VETTE MUSIC; UNICHAPPELL MUSIC, INC.; SONY/ATV SONGS LLC, <br><br> Plaintiffs, <br> v. <br><br> GEGES, INC. d/b/a THINK PRIME STEAKHOUSE; GERARD BOSC and KHACHAYAR AGHILIPOUR, each individually, <br><br> Defendants. | Case No. <br><br> COMPLAINT FOR COPYRIGHT INFRINGEMENT |

Plaintiffs Broadcast Music, Inc., MJ Publishing Trust d/b/a Mijac Music, Taradam Music, Inc., Warner-Tamerlane Publishing Corp., Gibb Brothers Music, Crompton Songs, Sa-Vette Music, Unichappell Music, Inc., Sony/ATV Songs LLC (collectively, "Plaintiffs"), by their attorneys, for their Complaint for Copyright Infringement ("Complaint") against Defendants Geges, Inc. d/b/a Think Prime Steakhouse, Gerard Bosc and Khachayar Aghilipour (collectively, "Defendants"), allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff MJ Publishing Trust is a trust doing business as Mijac Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Taradam Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Gibb Brothers Music is a partnership owned by the Estate of Maurice Ernest Gibb and the Estate of Robin Gibb. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Crompton Songs is a sole proprietorship owned by Barry Alan Gibb. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Sa-Vette Music is a sole proprietorship owned by the Estate of Barry White. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Unichappell Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Sony/ATV Songs LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Defendant Geges, Inc. is a corporation organized and existing under the laws of the State of California, which operates, maintains and controls an establishment known as Think Prime Steakhouse, located at 29601 S. Western Avenue, Rancho Palos Verdes, CA 90275, in this district (the "Establishment").

14. In connection with the operation of the Establishment, Defendant Geges, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

15. Defendant Geges, Inc. has a direct financial interest in the Establishment.

16. Defendant Gerard Bosc is an officer of Defendant Geges, Inc. with responsibility for the operation and management of that corporation and the Establishment.

17. Defendants Gerard Bosc has the right and ability to supervise the activities of Defendant Geges, Inc. and a direct financial interest in that corporation and the Establishment.

18. Defendant Khachayar Aghilipour is an officer of Defendant Geges, Inc. with responsibility for the operation and management of that corporation and the Establishment.

19. Defendant Khachayar Aghilipour has the right and ability to supervise the activities of Defendant Geges, Inc. and a direct financial interest in that corporation and the Establishment.

## **CLAIMS OF COPYRIGHT INFRINGEMENT**

20. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 19.

21. Since May 2014, BMI has reached out to Defendants over forty (40) times, by phone and mail, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

22. Plaintiffs allege seven (7) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

23. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the seven (7) claims of copyright infringement at issue in this action. Each

numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

24. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

25. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

26. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

27. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

28. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public

performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

29. Plaintiffs seek statutory damages pursuant to 17 U.S.C. § 504. Plaintiffs further seek an order that Defendants be enjoined, pursuant to 17 U.S.C. § 502 from infringing, in any manner, the copyrighted musical compositions licensed by BMI.

WHEREFORE, Plaintiffs pray that:

(1) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(2) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(3) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(4) Plaintiffs have such other and further relief as is just and equitable.

Date: May 2, 2016            TROYGOULD PC

By: _____
AnnMarie Mori
Attorneys for Plaintiffs

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Billie Jean |
| Line 3 | Writer(s) | Michael Jackson |
| Line 4 | Publisher Plaintiff(s) | MJ Publishing Trust d/b/a Mijac Music |
| Line 5 | Date(s) of Registration | 12/27/82 |
| Line 6 | Registration No(s). | PA 158-772 |
| Line 7 | Date(s) of Infringement | 12/26/15 |
| Line 8 | Place of Infringement | Think Prime Steakhouse |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Candy Man a/k/a The Candy Man |
| Line 3 | Writer(s) | Leslie Bricusse; Anthony Newley |
| Line 4 | Publisher Plaintiff(s) | Taradam Music, Inc. |
| Line 5 | Date(s) of Registration | 11/13/70   5/21/79 |
| Line 6 | Registration No(s). | Eu 216997   PA 33-717 |
| Line 7 | Date(s) of Infringement | 12/26/15 |
| Line 8 | Place of Infringement | Think Prime Steakhouse |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Close The Door |
| Line 3 | Writer(s) | Kenneth Gamble a/k/a Kenny Gamble; Leon Huff |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 10/27/78    4/18/78 |
| Line 6 | Registration No(s). | PA 16-369    PAu 24-743 |
| Line 7 | Date(s) of Infringement | 12/26/15 |
| Line 8 | Place of Infringement | Think Prime Steakhouse |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Stayin' Alive a/k/a Staying Alive |
| Line 3 | Writer(s) | Barry Gibb; Robin Gibb; Maurice Gibb |
| Line 4 | Publisher Plaintiff(s) | Estate of Maurice Ernest Gibb and the Estate of Robin Gibb d/b/a Gibb Brothers Music; Barry Alan Gibb, an individual d/b/a Crompton Songs |
| Line 5 | Date(s) of Registration | 3/7/77    2/13/78<br>3/19/84    3/19/84 |
| Line 6 | Registration No(s). | Eu 761684    PA 178<br>PA 209-625    PAu 618-264 |
| Line 7 | Date(s) of Infringement | 12/26/15 |
| Line 8 | Place of Infringement | Think Prime Steakhouse |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Way You Make Me Feel a/k/a The Way You Make Me Feel |
| Line 3 | Writer(s) | Michael Jackson |
| Line 4 | Publisher Plaintiff(s) | MJ Publishing Trust d/b/a Mijac Music |
| Line 5 | Date(s) of Registration | 6/23/87 |
| Line 6 | Registration No(s). | PAu 994-389 |
| Line 7 | Date(s) of Infringement | 12/26/15 |
| Line 8 | Place of Infringement | Think Prime Steakhouse |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | I'm Gonna Love You Just A Little More, Babe |
| Line 3 | Writer(s) | Barry White |
| Line 4 | Publisher Plaintiff(s) | Estate of Barry White d/b/a Sa-Vette Music; Unichappell Music, Inc. |
| Line 5 | Date(s) of Registration | 1/5/01    5/9/73<br>1/8/73 |
| Line 6 | Registration No(s). | RE 841-799    Ep 311362<br>Eu 387551 |
| Line 7 | Date(s) of Infringement | 12/26/15 |
| Line 8 | Place of Infringement | Think Prime Steakhouse |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Stand By Me |
| Line 3 | Writer(s) | Ben E. King; Jerry Leiber p/k/a Elmo Glick; Mike Stoller p/k/a Elmo Glick |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 2/21/89    4/17/61    8/4/61    9/27/61 |
| Line 6 | Registration No(s). | RE 430-905    Eu 667764    Eu 683281    Ep156127 |
| Line 7 | Date(s) of Infringement | 12/26/15 |
| Line 8 | Place of Infringement | Think Prime Steakhouse |